Eileen,

    This is the proof of service I have as spoken about over the phone. SPIEGEL & UTRERA is their current registered agent to whom the summons was sent through registered mail as detailed through attached paperwork.

Regards,
KENNETH HICKS

4:24cv140
HICKS
VS
THE TAVERNA COLLECTION

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24cv140

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE TAVERNA COLLECTION
was received by me on *(date)* 12/4/2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SPIEGEL + UTRERA, P.A., who is designated by law to accept service of process on behalf of *(name of organization)* THE TAVERNA COLLECTION on *(date)* 12/16/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SENT CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/16/2024

*Server's signature*

KENNETH HICKS, PLAINTIFF
*Printed name and title*

48 SYCAMORE AVE, NN, VA 23607
*Server's address*

Additional information regarding attempted service, etc:

### Detail by Entity Name

**Florida Profit Corporation**
THE TAVERNA COLLECTION INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000039594 |
| **FEI/EIN Number** | 27-0164183 |
| **Date Filed** | 05/04/2009 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 09/15/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

3801 S STATE ROAD 7
WEST PARK, FL 33023

Changed: 01/30/2022

**Mailing Address**

3801 S STATE ROAD 7
WEST PARK, FL 33023

Changed: 01/30/2022

**Registered Agent Name & Address**

SPIEGEL & UTRERA, P.A.
1840 SOUTHWEST 22ND STREET, 4TH FLOOR
MIAMI, FL 33145

**Officer/Director Detail**

**Name & Address**

Title PTDS

DUBON-TAVERNA, RENY
3801 S STATE ROAD 7
WEST PARK, FL 33023

Title V

TAVERNA, GIANMARCO
3801 S STATE ROAD 7
WEST PARK, FL 33023

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 01/30/2022 |
| 2023 | 01/26/2023 |
| 2024 | 01/18/2024 |

### Document Images

4:24 cv 140

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR/...    Customer Information

**Help**

UNITED STATES POSTAL SERVICE

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 7022 3330 0000 9625 6107

Tracking Expires On December 12, 2026

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 331452748 | MIAMI | FL |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 236659998 | HAMPTON | VA |

HICKS
VS
TAVERNA
COLLECTIO,

### Tracking Number Classification

**Class/Service**

- Class/Service: First-Class Mail®
- Class of Mail Code/Description: FC / First Class

**Destination Address Information**

- Address: 1840 SW 22ND ST
- City: MIAMI
- State: FL
- 5-Digit ZIP Code: 33145
- 4-Digit ZIP Code add on: 2748
- Delivery Point Code: 99
- Record Type Code: Building/Apartment

**Origin / Return / Pickup Address Information**

- Address:
- City:
- State:
- 5-Digit ZIP Code: 23665
- 4-Digit ZIP Code add on: 9998

**Service Delivery Information**

- Service Performance Date: Expected Delivery by: Saturday, 12/14/2024
- Delivery Option Indicator: 1 - Normal Delivery
- Zone: 05
- PO Box: N
- Other Information: Service Calculation Information

**Payment**

- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $4.01
- Weight: 0 lb(s) 10.00 oz(s)
- Rate Indicator: SINGLE PIECE - FLAT

**Other Information**

- Related Product: 9590 9402 7984 2305 0946 30

Agent Information

Request Internal USPS Tracking Plus Statement

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | $4.85 |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 12/16/2024 | 16:02 | MIAMI, FL 33145 | Scanned | MDD TR D040A05029 (interface type - wireless) | Scanned by route 3145C027 | 12/16/2024 16:22:03 | Facility Finance Number: 115877<br>Request Delivery Record<br>View Delivery Signature and Address<br>GEO Location Data Available |
| IN TRANSIT TO NEXT FACILITY | NT | 12/15/2024 | 18:26 | | System Generated | | | 12/15/2024 17:41:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 12/14/2024 | 18:26 | | System Generated | | | 12/14/2024 17:41:05 | |
| IN TRANSIT TO NEXT FACILITY | NT | 12/13/2024 | 18:26 | | System Generated | | | 12/13/2024 17:38:49 | |
| ENROUTE/PROCESSED | 10 | 12/12/2024 | 02:26 | SANDSTON, VA 23150 | Scanned | AFSM100-003-3 | | 12/12/2024 01:40:16 | Container ID: 33000236111230133216 4034<br>Weight: 0 lb(s) 0.00 oz(s) |
| DEPART POST OFFICE | SF | 12/11/2024 | 17:02 | HAMPTON, VA 23665 | System Generated | | | 12/11/2024 16:17:06 | Closeout Label ID: CT14 3736 1000 2412 1116 0408 000 |
| ACCEPT OR PICKUP | 03 | 12/11/2024 | 09:44 | HAMPTON, VA 236658998 | Scanned | RSS POS | Destined to route C027 | 12/11/2024 09:10:07 | Facility Finance Number: 513980<br>Weight: 0 lb(s) 10.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ⌄   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 25.1.2-d298c038